IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**SUCCESS JUMBO et al.**                                                                **PLAINTIFFS**

**V.**                                                **CIVIL ACTION NO. 2:16-CV-312-KS-GMB**

**ALABAMA STATE UNIVERSITY**                                                **DEFENDANT**

**FINAL JUDGMENT**

For the reasons stated in the Court's previous Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of the Defendant Alabama State University. Plaintiffs' claims are dismissed without prejudice for lack of subject matter jurisdiction. This case is closed.

SO ORDERED AND ADJUDGED this the 6th day of July, 2016.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE